# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE BAKER,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC ARCHDIOCESE OF SAN DIEGO;<br>ROMAN CATHOLIC ARCHDIOCESE OF SAN DIEGO dba CATHEDRAL CATHOLIC HIGH SCHOOL;<br>CATHEDRAL CATHOLIC HIGH SCHOOL;<br>and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | Case No. 14cv800 JM(JMA)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties' joint stipulation to dismiss (Doc. No. 82) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE** The parties shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 24, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　United States District Judge